UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

WESTCHESTER METAL WORKS, INC.,           Case No.: 13cv1944 (LMS)

                        Plaintiff,           **STIPULATION TO**
                                            **DISCONTINUE ACTION**
    -against-           **WITH PREJUDICE**

WESTCHESTER FIRE INSURANCE COMPANY,

                        Defendant.

-------------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a Committee or Conservatee or Guardian has been appointed and no person not a party has an interest in the subject matter of the action, the following:

      1.     The Plaintiff and Defendant stipulate to the discontinuance of this action and all claims arising with prejudice.

      2.     This Stipulation may be signed in counter-parts or via electronic signature, and fax copies and photocopies of this Stipulation shall have the same force and effect as a signed original.

      3.     This Stipulation to Discontinue Action With Prejudice may be filed with the Clerk of the Court by any party without notice to any other party and without costs from one party to another.

Dated: New York, New York
        October 29, 2013

_____            _____
GERARD P. BRADY, ESQ.               RICHARD B. DEMAS, ESQ.

| | |
|---|---|
| Welby, Brady & Greenblatt, LLP<br>*Attorneys for Plaintiff*<br>11 Martine Avenue, 15th Floor<br>White Plains, N.Y. 10601<br>Tele: (914) 428-2100<br>E-mail: gbrady@wbgllp.com | Gottesman, Wolgel, Malamy,<br>Flynn & Weinberg, P.C.<br>*Attorneys for Defendant Westchester Fire*<br>*Insurance Company*<br>11 Hanover Square, 4th Floor<br>New York, New York 10005<br>Tel.: (212) 495-0100<br>E-mail: rdemas@gottesmanlaw.com |

So Ordered:

*/s/ Lisa Margaret Smith*
USMJ Lisa Margaret Smith

Dated: November 15, 2013
White Plains, NY